UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

        Plaintiff,

      v.

COLT V. LYNN,

        Defendant.

Case No. 13-cr-40077-JPG

**<u>MEMORANDUM AND ORDER</u>**

This matter comes before the Court for case management purposes. At the final pretrial conference on September 27, 2013, the Court denied defendant Colt V. Lynn's oral motions to dismiss for violation of the Speedy Trial Act, 18 U.S.C. § 3161. That denial was based on the following relevant findings:

- The speedy trial clock began to run on July 9, 2013, when Lynn was indicted. *See* 18 U.S.C. § 3161(c)(1); *United States v. White*, 443 F.3d 582, 589 (7th Cir. 2006) (citing *United States v. Owokoniran*, 840 F.2d 373, 374 (7th Cir. 1987) ("Thus, where, as here, the defendant has been arrested and appeared before a magistrate prior to his indictment, the time commences running with the indictment.")); *United States v. Baldwin*, 959 F. Supp. 1012, 1015 (S.D. Ind. 1997) (same);

- July 11, 2013, the date Lynn appeared in Court for an initial appearance and arraignment, is excludable under 18 U.S.C. § 3161(h)(1) as an "other proceeding[] concerning the defendant";

- The period from August 12, 2013, when Lynn filed an *ex parte* motion (Doc. 22) to August 15, 2013, when the Court entered an *ex parte* order ruling on the motion (Doc. 23) is excludable under 18 U.S.C. § 3161(h)(1)(F) for delay resulting from a pretrial motion;

- The period from August 21, 2013, the date the Government filed three *ex parte* motions (Docs. 25, 26 & 27) to August 23, 2013, the date the Court entered *ex parte* orders ruling on the motions (Docs. 28, 30 & 32) is excludable under 18 U.S.C. § 3161(h)(1)(F) for delay resulting from a pretrial motion;

- The period from August 26, 2013, the date Lynn's counsel filed a motion to withdraw (Doc. 34) to August 28, 2013, the date the Court granted the motion (Doc. 35) is excludable under 18 U.S.C. § 3161(h)(1)(F) for delay resulting from a pretrial motion;

- The period from August 28, 2013, when the Court continued the trial to allow time for new counsel to be appointed and to prepare for trial (Doc. 35) to October 7, 2013, the new trial date, is excludable under 18 U.S.C. § 3161(h)(7)(A) for a continuance where the ends of justice outweigh the best interest of the public and the defendant in a speedy trial;

- September 27, 2013, when counsel filed a sealed motion to withdraw (Doc. 37) and the Court granted that motion is excludable under 18 U.S.C. § 3161(h)(1)(F) for delay resulting from a pretrial motion;

- September 27, 2013, the date Lynn appeared in Court for a final pretrial conference, is excludable under 18 U.S.C. § 3161(h)(1) as an "other proceeding[] concerning the defendant"; and

- As of September 27, 2013, the date Lynn made his oral motions to dismiss on speedy trial grounds, total of 39 days had run on the 70-day speedy trial clock.[1]

**IT IS SO ORDERED.**
**DATED:   September 30, 2013**

s/J. Phil Gilbert
**J. PHIL GILBERT**
**U.S. DISTRICT JUDGE**

---

[1] At the final pretrial conference on September 27, 2013, the Court stated that 30 days had run. Upon further examination, the Court realizes that 39 days have actually run.