IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

COLT V. LYNN,

    Defendant.

Case No. 13-cr-40077-JPG

**MEMORANDUM AND ORDER**

This matter comes before the Court on defendant Colt V. Lynn's *pro se* motion to dismiss indictment (Doc. 72) to which the United States of America has responded (Doc. 89). Lynn argues that the delay in this case has violated his right to a speedy trial.

The Court makes the following relevant findings:

- The speedy trial clock began to run on July 9, 2013, when Lynn was indicted. *See* 18 U.S.C. § 3161(c)(1); *United States v. White*, 443 F.3d 582, 589 (7th Cir. 2006) (citing *United States v. Owokoniran*, 840 F.2d 373, 374 (7th Cir. 1987) ("Thus, where, as here, the defendant has been arrested and appeared before a magistrate prior to his indictment, the time commences running with the indictment.")); *United States v. Baldwin*, 959 F. Supp. 1012, 1015 (S.D. Ind. 1997) (same);

- July 11, 2013, the date Lynn appeared in Court for an initial appearance and arraignment, is excludable under 18 U.S.C. § 3161(h)(1) as an "other proceeding[] concerning the defendant";

- The period from August 12, 2013, when Lynn filed an *ex parte* motion (Doc. 22) to August 15, 2013, when the Court entered an *ex parte* order ruling on the motion (Doc. 23) is excludable under 18 U.S.C. § 3161(h)(1)(F) for delay resulting from a pretrial motion;

- The period from August 21, 2013, the date the Government filed three *ex parte* motions (Docs. 25, 26 & 27) to August 23, 2013, the date the Court entered *ex parte* orders ruling on the motions (Docs. 28, 30 & 32) is excludable under 18 U.S.C. § 3161(h)(1)(F) for delay resulting from a pretrial motion;

- The period from August 26, 2013, the date Lynn's counsel filed a motion to withdraw (Doc. 34) to August 28, 2013, the date the Court granted the motion (Doc. 35) is excludable under 18 U.S.C. § 3161(h)(1)(F) for delay resulting from a pretrial motion;

- The period from August 28, 2013, when the Court continued the trial to allow time for new counsel to be appointed and to prepare for trial (Doc. 35) to October 7, 2013, the new trial date, is excludable under 18 U.S.C. § 3161(h)(7)(A) for a continuance where the ends of justice outweigh the best interest of the public and the defendant in a speedy trial;

- September 27, 2013, when counsel filed a sealed motion to withdraw (Doc. 37) and the Court granted that motion is excludable under 18 U.S.C. § 3161(h)(1)(F) for delay resulting from a pretrial motion;

- September 27, 2013, the date Lynn appeared in Court for a final pretrial conference, is excludable under 18 U.S.C. § 3161(h)(1) as an "other proceeding[] concerning the defendant";

- The period of September 27, 2013, when the Court continued the trial to allow time for new counsel to be appointed and prepare for trial (Doc. 40) through October 28, 2013, the new trial date, is excludable under 18 U.S.C. § 3161(h)(7)(A) for a continuance where the ends of justice outweigh the best interest of the public and the defendant in a speedy trial;

- The period of October 8, 2013, when Lynn made a motion to continue (Doc. 42) through October 11, 2013, the date the Court granted the motion (Doc. 43) is excludable under 18 U.S.C. § 3161(h)(1)(F) for delay resulting from a pretrial motion;

- The period of October 11, 2013, when the Court continued the trial pursuant to Lynn's motion to continue so that counsel could prepare for trial (Doc. 43) through December 16, 2013, the new trial date, is excludable under 18 U.S.C. § 3161(h)(7)(A) for a continuance where the ends of justice outweigh the best interest of the public and the defendant in a speedy trial;

- The period from November 20, 2013, the date the Government filed three *ex parte* motions (Docs. 44, 45 & 46) to November 21, 2013, the date the Court entered *ex parte* orders ruling on the motions (Docs. 47, 48 & 49) is excludable under 18 U.S.C. § 3161(h)(1)(F) for delay resulting from a pretrial motion;

- The period from December 2, 2013, the date Lynn filed three pre-trial motions (Docs. 54, 55 & 57) to December 5, 2013, the date on which the Court ruled on those motions is excludable under 18 U.S.C. § 3161(h)(1)(F) for delay resulting from a pretrial motion;

- December 3, 2013, the date the Government filed three *ex parte* motions (Docs. 61, 62 & 63) and the Court entered *ex parte* orders ruling on those motions (Docs. 64, 65 & 66) is excludable under 18 U.S.C. § 3161(h)(1)(F) for delay resulting from a pretrial motion;

- The period from December 5, 2013, until the date of this order is excludable under 18 U.S.C. § 3161(h)(1)(F) for delay resulting from a pretrial motion;

- December 12, 2013, the date the Government filed three *ex parte* motions (Docs. 73, 74 & 75) and the Court entered *ex parte* orders ruling on those motions (Docs. 76, 77 & 78) is excludable under 18 U.S.C. § 3161(h)(1)(F) for delay resulting from a pretrial motion;

- The period of January 8, 2014, the date the Government filed an *ex parte* motion (Doc. 83), until January 9, 2014, the date the Court entered an *ex parte* order ruling on that motion (Doc. 84) is excludable under 18 U.S.C. § 3161(h)(1)(F) for delay resulting from a pretrial motion; and

- January 10, 2014, the date Lynn appeared in Court for a motion hearing, is excludable under 18 U.S.C. § 3161(h)(1) as an "other proceeding[] concerning the defendant."

As of the date of this Order, a total of 39 days had run on the 70-day speedy trial clock.

Accordingly, the Court **DENIES** Lynn's motion to dismiss the indictment (Doc. 72).

**IT IS SO ORDERED.**

**DATED:** January 29, 2014

s/ J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**
