UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COLT V. LYNN,<br><br>　　　　Defendant. | Case No. 13-cr-40077-JPG |

**MEMORANDUM AND ORDER**

　　This matter comes before the Court on the Government's response to the Defendant's motion to supplement his motion for compassionate release. (Doc. 280). The Government filed their response on August 2, 2024.

　　Lynn filed a motion to supplement his motion for compassionate release on July 31, 2024. (Doc. 278). Lynn sought leave of Court to add an additional reason for compassionate release. He indicated that his mother was recently diagnosed with cancer; this diagnosis came after he filed his initial motion for compassionate release.

　　The Court ordered the Government to respond. (Doc. 279). In their response, the Government requested a copy of the medical records to evaluate before deciding how they would like to respond. The Government requested that, if the Court had access to those documents, that the Court grant them access. The Court has not received any medical documents from Lynn.

　　Accordingly, Lynn is **ORDERED** to reply to the Government's response, (Doc. 279), and attach the relevant medical records. Given these medical records concern a non-party, Lynn may file those medical documents as a sealed attachment to his reply. Lynn will have **thirty (30) days** from the entry of this order, until **September 5, 2024**, to submit these records. Failure to

submit the records or otherwise request an extension of time, if required, may result in the denial of his motion to supplement.

Additionally, the Court observes that the Government filed their response under seal. While this has been common procedure in compassionate release cases in the past, recent Seventh Circuit decisions have been highly critical of placing entire documents and court opinions under seal, barring necessity. The Appellate Court has advised filing a redacted and unredacted version if possible and feasible, with the unredacted version being under seal and the redacted version being accessible to the general public.

**IT IS SO ORDERED.**
**DATED:  August 6, 2024**

                                             *s/ J. Phil Gilbert*
                                             **J. PHIL GILBERT**
                                             **DISTRICT JUDGE**